**Opinion issued July 21, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00654-CV

_____

**ELIZABETH MARSHALL, Appellant**

**V.**

**NORTH EAST PINE VILLAGE HOME OWNERS ASSOCIATION D/B/A PINE VILLAGE NORTH ASSOCIATION, Appellee**

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-86513**

---

### MEMORANDUM OPINION

Appellant Elizabeth Marshall has not paid the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5 (requiring payment of fees in civil cases unless indigent), 20.1 (listing requirements for establishing indigence); *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208,

51.851(b) (listing fees in court of appeals), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024).  Appellant was notified by the Court that this appeal would be subject to dismissal—unless he timely informed the Court in writing as to why she should not pay the fee, or actually pays the fee.  Appellant never responded as requested by the Court.  *See* TEX. R. APP. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal of case).

As a result, we dismiss this appeal due to the nonpayment of all required fees. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Morgan.

2